Submitted on record and briefs April 30, reversed and remanded June 6, appeal dismissed by order August 14, 2007
See 214 Or App 569, 165 P3d 1184 (2007)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JAMIE CHAVEZ NUNEZ,
*Defendant-Appellant.*

Polk County Circuit Court
04P3383; A127170

160 P3d 1012

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Mary-Shannon Storey, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Stacie F. Beckerman, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

